No. 84–1172.  GRESS *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 84–1174.  MONZELLO *v.* AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 84–1175.  NELSON *v.* TEXAS.  Ct. App. Tex., 12th Sup. Jud. Dist.  Certiorari denied.

No. 84–1182.  BOEING CO. ET AL. *v.* ISLAMIC REPUBLIC OF IRAN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 84–1183.  SELF *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 84–1184.  CITY OF MONTGOMERY ET AL. *v.* WILLIAMS.  C. A. 11th Cir.  Certiorari denied.

No. 84–1195.  NESTIER CORP. *v.* MENASHA CORP. (LEWISYSTEMS DIVISION).  C. A. Fed. Cir.  Certiorari denied.

No. 84–1197.  DEAK-PERERA HAWAII, INC. *v.* DEPARTMENT OF TRANSPORTATION OF HAWAII ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 84–1199.  MOORE *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 84–1201.  TEICHNER *v.* ADMINISTRATOR OF THE ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY SYSTEM.  Sup. Ct. Ill.  Certiorari denied.

No. 84–1202.  RIG HAMMERS, INC. *v.* ODECO DRILLING, INC.  C. A. 5th Cir.  Certiorari denied.

No. 84–1205.  INTERNATIONAL WOODWORKERS OF AMERICA, LOCAL 3–261 *v.* KUHN, PERSONAL REPRESENTATIVE OF THE ESTATE OF KUHN.  C. A. 9th Cir.  Certiorari denied.